COURT CLERK'S OFFICE
County of McCurtain, State of Oklahoma
FILED
MAY 01 2026
KATHY GRAY, Court Clerk
By ______ Deputy

IN THE DISTRICT COURT OF MCCURTAIN COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| TYSON DOUGLAS JONES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CJ-26-81 |
| TYSON FOODS INC. | ) | |
| Defendants. | ) | |

PETITION

COMES NOW Plaintiff, Tyson Douglas Jones, by and through his attorneys of record, Todd H. Ramsey and Mac Phelps of Payne Mitchell Ramsey Sanger Law Group, states his cause of action against the Defendant Tyson Foods Inc. ("Defendant") and, in support thereof, respectfully show the Court as follows:

1. Plaintiff, Tyson Douglas Jones, is a resident of McCurtain County in the State of Oklahoma.

2. Defendant, Tyson Foods Inc., (hereinafter referred to as "Tyson Foods"), is a company that was conducting business in the State of Oklahoma but was incorporated out of Arkansas. Tyson Foods may be served with process through its registered agent, The Corporation Company, 735 First National Bldg., Oklahoma City, Oklahoma 73102.

3. Venue is proper in McCurtain County, Oklahoma under 12 O.S. 2001, §§133 and 137 because all or a substantial part of the events or omissions giving rise to the cases-of-action asserted herein occurred in McCurtain County, Oklahoma.

4. On October 23, 2024, Plaintiff Tyson Douglas Jones and his team were doing sanitation cleaning of the equipment at Defendant Tyson Foods Inc. located at 5322 S Park Dr., Broken



EXHIBIT 1

Bow, Oklahoma 74728 when suddenly and without warning a light fixture detached from the ceiling and struck Plaintiff on the head causing him severe injuries to his neck, shoulders, and back.

5. There were no warning signs in the area where Plaintiff was struck.

6. Plaintiff's injuries were the direct result and caused by the negligence of the Defendant.

7. At the time of the incident made the basis of this lawsuit, Plaintiff was a business invitee.

8. At the time of the incident made the basis of this lawsuit, Defendant was responsible for providing a safe area for business invitees, including Plaintiff Tyson Douglas Jones.

9. Defendant was aware, or reasonably should have been aware, of the unreasonably dangerous condition, specifically the light fixture that fell on Plaintiff, at the time of the occurrence.

10. Defendant Tyson Food's negligent conduct proximately caused the incident described above. More specifically, Defendant was negligent in at least the following ways:

(a) failing to warn invitees, including Plaintiff, of the dangerous conditions which existed on their premises;

(b) failing to adequately inspect their premises for these dangerous conditions;

(c) failing to remove or correct dangerous conditions created on their premises;

(d) failing to monitor and/or inspect the light fixtures in their property;

(e) creating dangerous conditions in the building premises;

(f) failing to act as a reasonably prudent owner, operator, or manager of a business premise with known dangerous conditions; and

(g) failing to warn its business invitees and others of the dangerous conditions which existed on their premises.

11. Each of the above negligent acts and/or omissions, singularly or in combination with others, was a proximate cause of Plaintiff's injuries and damages.

12. For his injuries, Plaintiff has been required to seek medical treatment and will be required to seek medical treatment in the future. Plaintiff has suffered mental anguish and physical pain and suffering from his injuries, and he will suffer mental anguish, physical pain and suffering in the future. Plaintiff has suffered past loss of wages, and he will suffer an impairment to his earning ability in the future because of his injuries. Plaintiff also claims damages for loss of enjoyment of life. Plaintiff has suffered past damages described herein and will suffer future damages described herein for which Plaintiff claims total damages in an exact amount which will be proven at trial but in excess of $75,000.00.

WHEREFORE, premises considered, Plaintiff, Tyson Douglas Jones, prays for judgment against the Defendant, Tyson Foods Inc. in an amount in excess of $75,000.00, for his injuries, the exact amount of which will be ascertained and proven at trial, together with his costs, attorney's fees, prejudgment and post judgment interest at the highest rate allowed by applicable law, and such further and other relief to which he may show himself entitled.

Respectfully submitted,

Todd H. Ramsey

**Todd H. Ramsey**
Oklahoma Bar No. 19733
**Mac Phelps**
Texas Bar No. 24098977
(*Pro Hac Vice Anticipated*)
**PAYNE MITCHELL RAMSEY SANGER LAW GROUP**
3500 Maple Avenue
Suite 1250

Dallas, Texas 75219
Telephone: (214) 252-1888
Facsimile: (214) 252-1889
todd@paynemitchell.com
mac@paynemitchell.com

Jury Trial Demanded
Attorney Lien Claimed

***Attorneys for Plaintiff***